WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA  94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com

JAMES DOUGLAS BURCH, SBN 293645
NATIONAL LAWYERS GUILD
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, MICHAEL COOPER, ANDREA COSTANZO, JOHNATHAN FARMER, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, BRYANNA KELLY, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LINDSEY MORRIS, LEILA MOTTLEY, NIKO NADA, AZIZE NGO, NICOLE PULLER, MARIA RAMIREZ, AKIL RILEY, AARON ROGACHEVSKY, TARA ROSE, ASHWIN RUPAN, DANIEL SANCHEZ, CHRISTINA STEWART, TAYAH STEWART, KATHERINE SUGRUE, CELESTE WONG, and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals,<br><br>                    Plaintiffs,<br>     vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>                    Defendants. | ) Case No. 20-cv-03866-JCS<br>)<br>) **ADMINISTRATIVE MOTION TO**<br>) **CONSIDER WHETHER CASES SHOULD**<br>) **BE RELATED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*APTP v. City of Oakland*, No. 20-cv-03866-JCS
Administrative Motion to Consider Whether Cases Should be Related - 1

1
2     TIMOTHY MICHAEL RYAN,                    ) Case No. 4:22-cv-00521-DMR
                                               )
3                 Plaintiff,                   ) **ADMINISTRATIVE MOTION TO**
                                               ) **CONSIDER WHETHER CASES SHOULD**
4         vs.                                  ) **BE RELATED**
                                               )
5     CITY OF OAKLAND, ROLAND HOLMGREN,        )
      and PATRICK GONZALES,                    )
6                                              )
                                               )
7                 Defendants.                  )
                                               )
8     _____     )

9         Pursuant to Civil Local Rule 3-12, plaintiffs in *APTP et al. v. City of Oakland et al.,* 20-cv-

10    03866-JCS submit this administrative motion to consider whether the newly filed matter *Ryan v.*

11    *City of Oakland et al.*, No. 4:22-cv-00521-DMR should be related to *APTP et al. v. City of Oakland*

12    *et al.,* 20-cv-03866-JCS.

13        **A.       Introduction**

14        On June 1, 2020, Oakland Police Department officers deployed tear gas against peaceful

15    demonstrators without warning, without lawful cause, and twenty minutes in advance of City wide

16    curfew announced just hours before. In *APTP et al. v. City of Oakland et al.,* No. 20-cv-03866-

17    JCS, community organizations Anti Police-Terror Project and Community Ready Corps and

18    twenty-eight individual plaintiffs are seeking relief for the City of Oakland's unlawful deployment

19    of tear gas over the course of four nights: May 29, 2020, May 30, 2020, May 31, 2020, and June 1,

20    2020. Plaintiff Timothy Michael Ryan in *Ryan v.  City of Oakland et al.*, No. 4:22-cv-00521-DMR,

21    was injured due to the City of Oakland's unlawful deployment of tear gas on June 1, 2020 and

22    seeks relief for his injuries.

23        **B.       Whether the Actions Concern Substantially the Same Parties and Subject**
                     **Matter.**
24
          The *APTP* and *Ryan* matters have two defendants in common: the City of Oakland and
25
      Sergeant Patrick Gonzales. The plaintiffs in both matters are represented by Siegel, Yee, Brunner
26
      & Mehta. The matters concern substantially the same subject matter—namely the use of tear gas
27
      against peaceful demonstrators on June 1, 2020. Siegel, Yee, Brunner & Mehta, counsel for
28
      plaintiffs in *APTP* also represent plaintiff in *Ryan*.

**C.    Whether Relating the Cases Would or Would not be Efficient for the Court and the Parties.**

The cases address much of the same subject matter. However, *APTP* is in an advanced stage of litigation with discovery completed, summary judgment motions contemplated, and settlement discussions well under way. Currently, all dates in the case have been vacated, but plaintiffs expect to set the remaining dates—expert discovery deadlines, briefing schedule and motion hearing date for summary judgment and *Daubert* motions, pretrial conference, and trial—at the February 11, 2022 case management conference. Based on the date of service in *Ryan*, defendants' Answer is due March 28, 2022, and the initial case management conference is currently set for May 4, 2022 based on the date the complaint was filed. Accordingly, plaintiffs' counsel anticipates that trial in *APTP* will occur well before discovery will conclude in *Ryan*.

Dated: January 31, 2022

SIEGEL, YEE, BRUNNER & MEHTA


By:  __/s/ EmilyRose Johns_____
        EmilyRose Johns

Attorneys for Plaintiff
TIMOTHY MICHAEL RYAN

ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com
chankim@siegelyee.com

*Attorneys for Plaintiffs*