1  DAN SIEGEL, SBN 56400
   EMILYROSE JOHNS, SBN 294319
2  SIEGEL, YEE, BRUNNER & MEHTA
   475 14th Street, Suite 500
3  Oakland, California 94612
   Telephone: (510) 839-1200; Fax: (510) 444-6698
4  Email: danmsiegel@gmail.com
           emilyrose@siegelyee.com
5
   Attorneys for Plaintiff
6  TIMOTHY MICHAEL RYAN

7

8  BARBARA J. PARKER, City Attorney, SBN 069722
   MARIA BEE, Chief Assistant City Attorney, SBN 167716
9  KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
   MONTANA B. BAKER, Deputy City Attorney, SBN 319491
10 One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
11 Telephone: (510) 238-2961; Fax: (510) 238-6500
   Email: kmclaughlin@oaklandcityattorney.org
12 X05376/3281472

13 Attorneys for Defendants
   ROLAND HOLMGREN and PATRICK GONZALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY MICHAEL RYAN, | Case No. 4:22-cv-00521-DMR |
|---|---|
| Plaintiff, | **SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| CITY OF OAKLAND, ROLAND HOLMGREN, AND PATRICK GONZALES, | Date: June 21, 2023 |
| Defendants. | Time: 1:30 p.m.<br>Dept.: Courtroom 4, 3rd Floor<br>Judge: Donna M. Ryu |

Plaintiff TIMOTHY MICHAEL RYAN and Defendants ROLAND HOLMGREN and PATRICK GONZALES (the "parties") submit this supplemental Joint Case Management Conference Statement in advance of the further case management conference scheduled for June 21, 2023.

The parties reached a conditional settlement of the case at a settlement conference with Judge Beeler on June 7, 2023.  The conditional settlement will be presented to the Oakland City Council for approval on June 21, 2023.  Should the settlement be approved, it will take several weeks for the parties to finalize the settlement agreement and for a settlement check to be issued.  After receipt of the settlement check, Plaintiff will file a stipulation of dismissal, which is anticipated to occur by July 21, 2023.

Based upon the conditional settlement, the parties stipulate and respectfully request that the Court vacate the trial date and other remaining dates in this case and set a compliance date for dismissal or status for July 31, 2023.

Respectfully submitted,

Dated:  June 14, 2023          BARBARA J. PARKER, City Attorney

By:  /s/Kevin P. McLaughlin
KEVIN P. MCLAUGHLIN, Sup. Deputy City Attorney
Attorneys for Defendants
ROLAND HOLMGREN and PATRICK GONZALES

Dated:  June 14, 2023          SIEGEL, YEE, BRUNNER & MEHTA

By:  /s/EmilyRose Johns
EMILYROSE JOHNS
Attorney for Plaintiff
TIMOTHY MICHAEL RYAN

\* The filer attests that the concurrence in this filing has been obtained from all other signatories hereto pursuant to N.D. Cal. Local Rule 5-1(i)(3).