DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

Attorneys for Plaintiff
TIMOTHY MICHAEL RYAN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY MICHAEL RYAN, | ) Case No. 4:22-cv-00521-DMR |
| Plaintiff, | ) **REQUEST FOR DISMISSAL AND** ) **[PROPOSED] ORDER FOR DISMISSAL** |
| vs. | ) |
| CITY OF OAKLAND, ROLAND HOLMGREN, and PATRICK GONZALES, | ) ) |
| Defendants. | ) ) |

A settlement agreeable to all parties has been reached in the above-mentioned matter, and the conditions of settlement satisfied. The parties respectfully request that this case be dismissed with prejudice.

Dated: August 15, 2023

        SIEGEL, YEE, BRUNNER & MEHTA

        By: __/s/ *EmilyRose Johns*_____
           EmilyRose Johns

        Attorneys for Plaintiff
        TIMOTHY MICHAEL RYAN

Dated: August 15, 2023

        BARBARA J. PARKER, City Attorney
        KEVIN McLAUGHLIN, Supervising Deputy City Attorney

        By: __/s/ *Kevin McLaughlin*_____
           Kevin McLaughlin

        Attorneys for Defendants
        CITY OF OAKLAND et al.

**[Proposed] Order**

**IT IS SO ORDERED.**

Dated: _____    _____
                                                  HONORABLE DONNA S. RYU
                                                  United States Magistrate Judge