DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

Attorneys for Plaintiff
TIMOTHY MICHAEL RYAN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MICHAEL RYAN, | ) Case No. 4:22-cv-00521-DMR |
| Plaintiff, | ) **REQUEST FOR DISMISSAL AND** |
| vs. | ) **[PROPOSED] ORDER FOR DISMISSAL** |
| CITY OF OAKLAND, ROLAND HOLMGREN, and PATRICK GONZALES, | ) |
| Defendants. | ) |

*Ryan v. City of Oakland*, No. 4:22-cv-00521-DMR
Request for Dismissal and [Proposed] Order for Dismissal- 1

A settlement agreeable to all parties has been reached in the above-mentioned matter, and the conditions of settlement satisfied. The parties respectfully request that this case be dismissed with prejudice.

Dated: August 15, 2023

        SIEGEL, YEE, BRUNNER & MEHTA

        By: _/s/ EmilyRose Johns_____
            EmilyRose Johns

        Attorneys for Plaintiff
        TIMOTHY MICHAEL RYAN

Dated: August 15, 2023

        BARBARA J. PARKER, City Attorney
        KEVIN McLAUGHLIN, Supervising Deputy City Attorney

        By: _/s/ Kevin McLaughlin_____
            Kevin McLaughlin

        Attorneys for Defendants
        CITY OF OAKLAND et al.

**[Proposed] Order**

**IT IS SO ORDERED.**

Dated: __August 16, 2023__        _____
                                    HONORABLE DONNA S. RYU
                                    United States Magistrate Judge